# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CATALDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES A. YATES<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:07-CV-00196 AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION BASED ON PLAINTIFF'S FAILURE TO OBEY A COURT ORDER<br><br>(Doc. 14) |

　　　Plaintiff David Cataldo, a state prisoner, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On March 7, 2008, the Magistrate Judge filed Findings and Recommendations herein which was served on plaintiff and which contained notice to the plaintiff that any objections to the Findings and Recommendations were to be filed within twenty days. More than twenty days have passed and plaintiff has not filed timely objections to the Findings and Recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 7, 2008, are adopted in full; and
2. This action is HEREBY DISMISSED based on plaintiff's failure to obey the court's order of January 16, 2008.

IT IS SO ORDERED.

**Dated:   April 22, 2008**          /s/ Anthony W. Ishii
                                             UNITED STATES DISTRICT JUDGE